# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF: ) | |
| ) | **ORDER** |
| BLUE IN COLOR 2020 MAZDA 6 PASSENGER ) | |
| CAR BEARING FLORIDA LICENSE PLATE ) | |
| LDBX02 ) | Case No. 1:21-mj-278 |

In the affidavit filed in support of the above-captioned Tracking Warrant, the affiant requested that this matter remain under seal until December 26, 2021.

The record reflects that the Tracking Warrant was returned executed on July 6, 2021. Accordingly, the court **ORDERS** that all materials associated with the above-captioned Search Warrant, including the Tracking Warrant, Application for Tracking Warrant, supporting affidavit, and Tracking Warrant Return shall remain under seal until December 26, 2021, at which time this matter shall be unsealed without further order of the court.

Dated this 5th day of October, 2021.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court